1  Robert K. Jones (State Bar No. 016228)
   Sonya K. Boun (State Bar No. 023396)
2  Victoria Chavey (*Pro Hac Vice Admitted*)
   **JACKSON LEWIS P.C.**
3  2111 East Highland Avenue, Suite B-250
   Phoenix, AZ  85016
4  Telephone: (602) 714-7044
   Facsimile: (602) 714-7045
5  Robert.Jones@jacksonlewis.com
   Sonya.Boun@jacksonlewis.com
6  Victoria.Chavey@jacksonlewis.com

7  Attorneys for Defendant

8

9                    UNITED STATES DISTRICT COURT

10                        DISTRICT OF ARIZONA

11
   Patricia   MacCorquodale   and   Janice        Case No:  4:18-cv-00028-RCC
12 Cervelli,  on  behalf  of  themselves  and  all
   others similarly situated,                      **NOTICE OF INTENT TO SERVE
13                                                  THIRD-PARTY SUBPOENAS**
                    Plaintiffs,
14
15 vs.

16 Arizona Board of Regents,

17                    Defendant.

18         Pursuant to Rule of Civil Procedure 45(a)(4), Defendant Arizona Board of Regents
19 gives notice to Plaintiffs of its intent to serve 30(b)(6) third party subpoenas *duces tecum*
20 on the following:
21         1.      Clemson University; and
22         2.      Saint Mary's College,
23          DATED this October 15, 2018.
24
                                              **JACKSON LEWIS P.C.**
25
                                              By: /s/ Sonya K. Boun
26                                                 Robert K. Jones
27                                                 Sonya K. Boun
                                                   Victoria Chavey
28                                                 Attorneys for Defendant

                                          1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Merle Joy Turchik
Turchik Law Firm, P.C.
2205 E. Speedway Blvd.
Tucson, AZ 85719
merle@turchiklawfirm.com

David Sanford
Sanford Heisler Sharp, LLP
1666 Connecticut Avenue NW, Suite 300
Washington, D.C. 20009
dsanford@sanfordheisler.com
Attorneys for Plaintiff

Andrew Melzer (NY Bar No. 4270682, *admitted Pro Hac Vice*)
**SANFORD HEISLER SHARP, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
amelzer@sanfordheisler.com

By: /s/ Towana McDonald

4816-6193-5216, v. 1

2