Merle Joy Turchik, AZ Bar No. 011130
**TURCHIK LAW FIRM, P.C.**
2205 E. Speedway Blvd.
Tucson, AZ 85719
merle@turchiklawfirm.com
Telephone: (520) 882-7070
Facsimile: (520) 203-0175

David Sanford (D.C. Bar No. 457933, *admitted Pro Hac Vice*)
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Ave. SE, Suite 300
Washington, D.C. 20003
dsanford@sanfordheisler.com
Telephone: (202) 499-5201
Facsimile: (202) 499-5199

*Attorneys for Plaintiffs*
*[Additional Attorneys Listed After Signature Page]*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia MacCorquodale and Janice Cervelli, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Arizona Board of Regents,<br><br>　　　　　Defendant. | Case No: 4:18-cv-00028-RCC<br><br>**NOTICE OF SETTLEMENT** |

1       Plaintiffs Patricia MacCorquodale and Janice Cervelli, through counsel, and
2 pursuant to Rule 40.2(d), Arizona Rules of Civil Procedure, give notice of settlement of
3 the above-entitled matter. The parties, through their respective counsel, will be filing
4 shortly a stipulation to dismiss the matter with prejudice.

6       DATED this July 24, 2019.

                               **SANFORD HEISLER SHARP, LLP**

                               By: /s/  Andrew Melzer
                                    Andrew Melzer
                                    *Attorney for Plaintiffs*

1  [*Continued from Caption Page*]

2

3  Andrew Melzer (NY Bar No. 4270682, *admitted Pro Hac Vice*)
   **SANFORD HEISLER SHARP, LLP**
4  1350 Avenue of the Americas, 31st Fl
   New York, NY 10019
5  amelzer@sanfordheisler.com
6  Telephone: (646) 402-5657
   Facsimile: (646) 402-5651
7

8  *Attorneys for Plaintiffs*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants:

Robert K. Jones (State Bar No. 016228)
Monica M. Ryden (State Bar No. 023986)
Victoria Chavey (Admitted *Pro Hac Vice*)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
robert.jones@jacksonlewis.com
monica.ryden@jacksonlewis.com
victoria.chavey@jacksonlewis.com


By: /s/ Trevor Byrne