IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia MacCorquodale, et al., <br> Plaintiffs, <br> v. <br> Arizona Board of Regents, <br> Defendant. | No. CV-18-00028-TUC-RCC <br><br> **ORDER** |

Pursuant to the Joint Stipulation to Dismiss with Prejudice (Doc. 46), IT IS ORDERED the above-captioned action is DISMISSED with prejudice, with each party to bear its own costs and attorney's fees. The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 25th day of July, 2019.

Honorable Raner C. Collins
Senior United States District Judge